JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT BRIAN REAGAN,<br>Petitioner,<br>v.<br>EDWARD BORLA, Warden,<br>Respondent. | Case No. 2:24-cv-07587-TJH (DFM)<br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date: September 18, 2026

Terry J. Hatter, Jr.
TERRY J. HATTER, JR.
United States District Judge